RECEIVED
OCT 14 2015
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Georgia Hunter

(Enter above the full name of the Plaintiff[s] in this action.)

- vs -

City of St. Louis

Case No. _____
(To be assigned by Clerk of District Court)

(Enter above the full name of ALL Defend-ant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the <u>complaint</u> include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

## COMPLAINT

I. State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

II.  Plaintiff, __Georgia Hunter__ resides at
__4221 oakwood__, __St. Louis__, _____,
street address / city / county

__Mo.__, __63121__, _____.
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, __City of St. Louis__ lives at, or its business is located at

_____, _____, _____,
street address / city / county

__Mo.__, _____.
state / zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV.	Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Major Hunter III died on Oct. 14, 2012 as a result of a car accident at Union and Martin Luther King area the city had a huge pothole tha contributed to his car going airborne and resulting in his death after hitting it.

3

V. Relief: State briefly and exactly what you want the Court to do for you.

I want monetary compensation for his wrongful death

VI. MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]   NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

If it was not for the pot hole which was there for a long time he would be alive I want one or more million dollars

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [ ]   NO [X]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of October, 20 15

*Georgia Hunter*

Signature of Plaintiff(s)

4